OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401623 MAY. 12. 2015

UTF

5/11/2015
HINOJOSA, EDWARD          Tr. Ct. No. 1042235-A                    WR-82,619-02
On this day, this Court has granted the trial court's request for an extension of time
to file the supplemental record. The supplemental record is due in this Court on
Monday, July 27, 2015.

discharged

Abel Acosta, Clerk

EDWARD HINOJOSA                                          U TF
BETO I UNIT - TDC # 1388352
1391 FM 3328
TENNESSEE COLONY, TX  75880

1EBN3B  75880